Form FSSM

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Ana C. Reyes | Case No.: 10–30514 DM 7 |
| Debtor(s) | Chapter: 7 |

### NOTICE OF FAILURE OF DEBTOR(S) TO PROVIDE STATEMENT OF SOCIAL SECURITY NUMBER AND/OR LIST OF CREDITORS

    YOU ARE HEREBY NOTIFIED that the petition for relief you filed on 2/16/10 has been accepted for filing but is defective for the reason(s) indicated below:

☐ The Debtor's Statement of Social Security Number as required by Federal Rule of Bankruptcy Procedure 1007(f) was not submitted.

☐ The petition did not include the last four digits of the Debtor's Social Security Number as required by Federal Rule of Bankruptcy Procedure 1005.

☒ The List of Creditors as required by 11 U.S.C. §§ 521(a)(1) was not submitted with the petition.

☐ The List of Creditors was submitted with incomplete addresses.

    NOTICE IS FURTHER GIVEN that the debtor(s) must file the document(s) indicated above within seven (7) days of the date of this notice, or your case may be dismissed without further notice.

Dated: <u>2/17/10</u>　　　　　　　　　　　　　For the Court:

                                                                    Gloria L. Franklin
                                                                      Clerk of Court
                                                                      United States Bankruptcy Court